# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00669-CV

**Bruce D. Atherton & Associates, P.L.L.C. and Bruce D. Atherton, Appellants**

**v.**

**Wilbur Cordes, Appellee**

### FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT
### NO. 2009V-227, HONORABLE DAN R. BECK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss their appeal, explaining that the trial court granted appellee's motion to dismiss appellants from the underlying proceeding and, therefore, that there is no longer a controversy between the parties. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellants' Motion

Filed: April 15, 2011